

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRENDA JOYCE WASHINGTON, ) | |
| DECEASED by TRIVIEA WASHINGTON ) | |
| Personal Representative ) | |
| Plaintiff(s) ) | |
| V. ) | Civil Action No.  3:12-CV-273 WCL |
| MEMORIAL HOSPITAL OF SOUTH BEND, INC; ) | |
| JOHN F KOBAYASHI MD; ) | |
| CARDIOLOGY ASSOCIATES INC; ) | |
| MEMORIAL HEALTH SYSTEM, dba ) | |
| E Blair Warner Family Medicine Center; ) | |
| TIMOTHY P GERST, MD, jointly and severally ) | |
| Defendant(s) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:  that the claims against unserved Defendants Memorial Hospital of South Bend Inc, Dr John F Kobyashi, Cardiology Associates Inc, Memorial Health System d/b/a E Blair Warner Family Medicine Center, and Dr Timothy P Gerst are DISMISSED WITHOUT PREJUDICE pursuant to Fed R Civ P 4(m).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  William C Lee  on a motion for _____

_____

_____ .

Date   October 29, 2013

*CLERK OF COURT*

s/ Shirley Paulson

*Signature of Clerk or Deputy Clerk*